IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H–07-94-1 |
| | § § § § | |
| OSVALDO GRACIA MARTINEZ | § | |

**O R D E R**

Defendant Gracia Martinez filed an unopposed motion for continuance, (Docket Entry No. 162). The motion for continuance is GRANTED. The sentencing hearing is reset to **August 12, 2008 at 8:45 a.m.**

SIGNED on May 30, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge